[No. 11919-6-II.   Division Two.   October 11, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY C. MONTES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87-1-00228-7, David E. Foscue, J., entered April 18, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 11988-9-II.   Division Two.   October 11, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN LOCHRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-02528-6, Thomas A. Swayze, Jr., J., entered May 13, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 11528-0-II.   Division Two.   October 11, 1989.]

DORIS KOSKI, *Appellant*, v. AUGUST F. HAHN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 21887, Milton R. Cox, J., entered October 19, 1987. *Reversed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 9692-1-III.   Division Three.   October 12, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN H. DeLaCRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88-8-00743-4, Robert D. Austin, J., entered November 3, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J.